

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Ryan L. O'Neill*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, New Jersey 07102

Direct Dial: (973) 645-2833

October 27, 2021

The Honorable Freda L. Wolfson
Chief United States District Judge
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:   <u>United States v. Quasaan Bethea</u>
             Criminal No. 19-603

Dear Chief Judge Wolfson:

     The United States respectfully submits this letter to confirm its submission of a sentencing letter to the Court on October 27, 2021, in this case.

                          Respectfully submitted,

                          RACHAEL A. HONIG Acting
                          United States Attorney

                          <u>/s/ Ryan L. O'Neill</u>
        By:   Ryan L. O'Neill
                  Assistant U.S. Attorney